UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**ROUTE 9 AUTO WORLD, INC. d/b/a AUTOWORLD SUZUKI**,

      *Plaintiff*,

 -against-

**AMERICAN SUZUKI MOTOR CORPORATION**,

      *Defendant*.

**STIPULATION DISCONTINUING ACTION**

Civil Action No.:
1:11-cv-00201-GTS-RFT

---

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims and counterclaims, is hereby discontinued with prejudice and without the payment of costs, disbursements or attorney's fees to any party as against the other.  This Stipulation may be filed without further notice.

  **DATED:**  September 20, 2012

| **HISCOCK & BARCLAY, LLP** | **TOWNE, RYAN & PARTNERS, P.C.** |
|---|---|
| By: s/Robert A. Barrer | By: s/Amanda R. Stern |
|   Robert A. Barrer |   Amanda R. Stern |
|   Bar Roll No. 101099 |   Bar Roll No. 106035 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| Office and Post Office Address | Office and Post Office Address |
| One Park Place | 450 New Karner Road |
| 300 South State Street | P.O. Box 15072 |
| Syracuse, New York 13202-2078 | Albany, NY 12212-5072 |
| Telephone (315) 425-2704 | Telephone (518) 452-1800 |
| Facsimile (315) 425-8544 | Facsimile (518) 452-6435 |
| rbarrer@hblaw.com | Amanda.stern@townelaw.com |

6254104.1

- 2 -

**IT IS SO ORDERED.**

**DATED:** September 21, 2012
Syracuse, New York

_____
Hon. Glenn T. Suddaby
U.S. District Judge